

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-30-2009

# Bernard Levi v. David Ebbert

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-3325

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Bernard Levi v. David Ebbert" (2009). *2009 Decisions.* Paper 185.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/185

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CLD-012                                                      NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-3325

_____

BERNARD S. LEVI,

                                        Appellant

v.

WARDEN DAVID EBBERT

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 09-cv-00193)
District Judge:  Honorable Sylvia H. Rambo

_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
October 16, 2009
Before: BARRY, FISHER and COWEN, <u>Circuit</u> <u>Judges</u>

(Opinion filed: November 30, 2009)
_____

OPINION
_____

PER CURIAM

        Bernard Levi appeals the District Court's order denying his petition filed pursuant

to 28 U.S.C. § 2241.  For the reasons below, we will affirm.

        The procedural history of this case and the details of Levi's claims are set forth in

the District Court's thorough opinion and need not be discussed at length.  Briefly, Levi

alleged in his § 2241 petition that his custody classification score was wrongly calculated. He requested that he be transferred to a prison camp or low-security prison. The District Court determined that Levi's claims were not cognizable and dismissed the petition. Levi filed a timely notice of appeal.

We have jurisdiction under 28 U.S.C. § 1291. We agree with the District Court that Levi's claims concerning the determination of his custody level do not lie at the "core of habeas" and, therefore, are not cognizable in a § 2241 petition. See Leamer v. Fauver, 288 F.3d 532, 542-44 (3d Cir. 2002). None of his claims challenge the fact or length of his sentence or confinement. See Preiser v. Rodriguez, 411 U.S. 475, 500 (1973). Moreover, prisoners have no constitutional right to a particular classification. Moody v. Daggett, 429 U.S. 78, 88 n. 9 (1976).

Summary action is appropriate if there is no substantial question presented in the appeal. See Third Circuit LAR 27.4. For the above reasons, as well as those set forth by the District Court, we will summarily affirm the District Court's order. See Third Circuit I.O.P. 10.6.

2